NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward J. Aguilar, ) | No. CV06-1595-PHX-SRB |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Maricopa County Adult Probation ) Department, et al. ) Respondents. ) | |

    Petitioner filed his Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on August 11, 2006 claiming 1) ineffective assistance of counsel; 2) denial of right to appeal; 3) illegal search and seizure and; 4) failure to disclose evidence. On October 2, 2006, Respondent filed its answer to Petitioner's Petition for Writ of Habeas Corpus. On October 17, 2006 Petitioner filed a document entitled "Motion for Relief from Judgement or Order" which this Court construes as a reply to his Petition for Writ of Habeas Corpus. On November 21, 2006, the Magistrate Judge issued his Report and Recommendation recommending that the petition be denied.

    In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court.  The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

1  The Court finds itself in agreement with the Report and Recommendation of the
2  Magistrate Judge.
3  IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4  as the order of this Court.
5  IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied.
6  IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

8  DATED this 21st day of December, 2006.

_____
Susan R. Bolton
United States District Judge